UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | CAUSE NO. 3:09-CR-66 RLM |
| CORY FAY | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 2, 2009 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Cory Fay's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

SO ORDERED.

ENTERED:  September 28, 2009

/s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana